Mary Elizabeth Conn SBN 224597
MARY E. CONN LAW
55 River Street, Ste. 100
Santa Cruz, CA 95060
Telephone (831) 471-7103
Attorney for Defendant JEANNE RIXON

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

THE UNITED STATES OF AMERICA, § № **CR 11 - 00090 DLJ**
    *Plaintiff* §
§ *STIPULATED* REQUEST TO
vs. § CALENDAR AND ORDER
§
JEANNE RIXON, §
    *Defendant* §

    Defendant Jeanne Rixon and the government, by and through their respective counsel, hereby stipulate and agree that the sentencing hearing may be continued from Thursday, February 2, 2012, at 10:00 a.m. to Thursday, February 16, 2012, at 10:00 a.m. The reason for the requested continuance is to accommodate a scheduling conflict that would deny the defendant continuity of counsel, as defense counsel is out of state on the presently scheduled date, which was set *sua sponte* by the Court.

    All parties, by and through their respective counsel, hereby stipulate and agree that the matter as to both defendants should be set for sentencing hearing on Thursday, February 16, 2012, at 10:00 a.m.

1  Dated: January 30, 2012

3
4                                              s/_____
                                               JOHN GLANG
5                                              Assistant United States Attorney

6  Dated: January 30, 2012

8                                              s/_____
                                               MARY E. CONN
9                                              Attorney Defendant Rixon

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | § | |
| *Plaintiff* | § | |
| | § | № CR11-00090 DLJ |
| vs. | § | |
| | § | *[ ]* ORDER FOR |
| JEANNE RIXON, | § | CONTINUATION OF |
| *Defendant* | § | SENTENCING HEARING |

Good cause appearing therefore, it is hereby ordered that the sentencing hearing for JEANNE RIXON, previously scheduled for February 2, 2012, at 10:00 a.m. is continued to Thursday, February 16, 2012, at 10:00 a.m.

Date: _____  _____
The Honorable D.L. Jensen, Judge Presiding