# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOMEZ (CHARLES FISHER),<br><br>　　　　Defendants. | No. CR-11-00090 DLJ<br><br>**STIPULATION AND<br>[] ORDER<br>WAIVING PERSONAL<br>APPEARANCE OF DEFENDANT<br>CHARLES FISHER FOR STATUS<br>HEARINGS** |

This matter is currently set for status on February 9, 2012. The parties stipulate that the personal appearance of defendant Charles Fisher shall be waived for all future status hearings in this case, including on February 9, 2012.

SO STIPULATED:

DATED:　2/6/2012　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Jeane DeKelver
　　　　　　　　　　　　　　　　Attorney for Charles Fisher


DATED:　2/6/2012　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　John Glang
　　　　　　　　　　　　　　　　Assistant United States Attorney

1   Based on the stipulation, the Court finds and holds the defendant Charles
2   Fisher's personal appearance is waived for all future status hearings in this
3   case.
4
5                                         IT IS SO ORDERED.
6
    DATED: _____             _____
7                                         D. Lowell Jensen
                                          United States District Judge
8

Stipulation and [] Order CR-11-00090 DLJ