MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5084
Facsimile: (408) 535-5066
Email: John.Glang@usdoj.gov

Attorneys for the United States of America

FILED

FEB 1 0 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FELICIA GAYLE MORENO, <br><br> Defendant. | No. CR 11-00090-DLJ <br><br> STIPULATION AND [~~PROPOSED~~] DISCOVERY PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT |

The above-captioned defendant and the United States of America, by and through their counsel of record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory powers.

2. This Order pertains to all discovery provided to or made available to defense counsel as part of discovery in the above-cited case.

3. The discovery and information therein may only be used in connection with the litigation of this case and for no other purpose. Defense counsel will return the discovery to the government, or certify that it has been shredded at the conclusion of the case, which includes

1

appellate review and the resolution of any competency of counsel issues.

4. Defense counsel shall not provide any of the discovery to any person other than to his/her respective defendant/client, or attorneys, law clerks, paralegals, secretaries, experts, and investigators involved in the representation of his/her defendant/client, for the purpose of said representation. Further, in disclosing discovery to defendants, personal information contained in the discovery, including individuals' dates of birth, addresses (physical and email), telephone numbers, social security numbers, and driver's license numbers, shall be redacted, and shall not be provided to any defendant in any manner or form.

5. Defense counsel shall advise his/her respective defendant/client, employees, other authorized members of the defense team and defense witnesses of the terms of this stipulation and order, and that use of the subject discovery materials for a purpose other than in connection with the litigation of this case may be subject to criminal sanctions.

6. Defense counsel will store the discovery in a secure place and will exercise due diligence to ensure that it is not disclosed to third persons in violation of this agreement. Similarly, if defense counsel makes or causes to be made, copies of any of the discovery, defense counsel will exercise due diligence to maintain control of said copies and to ensure that said copies are stored in a manner to safeguard against the inappropriate use of said materials.

DATED: February 10, 2012     MELINDA HAAG
United States Attorney

                                            /s/
                                     JOHN N. GLANG
                                     Assistant United States Attorney

                                            /s/
                                     KENNETH H. WINE, ESQ.
                                     Attorney for defendant Felicia Gayle Moreno

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court hereby

ORDERS that the terms of the stipulation between the United States and the above-captioned defendant pertaining to the discovery in this case be imposed.

IT IS SO ORDERED.

DATED: 2/16/12

_____
HOWARD R. LLOYD
United States Magistrate Judge
Northern District of California

3