MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5084
    Facsimile: (408) 535-5066
    Email: John.Glang@usdoj.gov

Attorneys for the United States of America

**FILED**

FEB 2 1 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FELICIA GAYLE MORENO, ) <br> ) <br>     Defendant. ) <br> ) <br> _____ ) | No. CR 11-00090-DLJ <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT |

The above-captioned defendant and the United States of America, by and through their counsel of record, hereby agree and stipulate that the court may exclude the period of time from the date of the defendant's initial appearance with counsel before United States Magistrate Judge Howard R. Lloyd on February 15, 2012 through and including May 10, 2012, from the computation of the period of time within which the trial must commence for the reasons set forth

///

///

///

///

1

in the proposed order below.

DATED: February 21, 2012

MELINDA HAAG
United States Attorney

_____/s/_____
JOHN N. GLANG
Assistant United States Attorney


_____/s/_____
KENNETH H. WINE
Attorney for defendant Felicia Gayle Moreno

**[PROPOSED] ORDER**

Pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv), and the stipulation of the parties, the court excludes the period of time from February 15, 2012 through and including May 10, 2012, from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on the need of counsel for the defendant to review voluminous discovery in this case that has been provided to him by the government and to afford counsel the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C. Section 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: 2/21/12

HOWARD R. LLOYD
United States Magistrate Judge
Northern District of California

2