GALIA A. PHILLIPS – CA BAR #250551
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (415) 269-4553
Facsimile: (510) 464-8001

Attorney for Defendant
RICHARD MICHAEL BRADY

FILED
FEB 24 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. 3:11-CR-90- (DLJ) |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER REQUIRING MARSHALS TO TAKE DEFENDANT TO DOCTOR'S APPOINTMENT |
| RICHARD MICHAEL BRADY, | |
| Defendant. | |

## I. STIPULATION

On September 29, 2011, Mr. Brady was detained by this Court. He is currently housed at the Santa Clara County jail. Due to Mr. Brady's severe medical problems, the parties jointly request that the Court order the Marshals to transport Mr. Brady to an appointment with Dr. Geoff Manley, the Chief of Neurosurgery at San Francisco General Hospital, at 9:00 am on Tuesday, February 28, 2012 at 1001 Potrero Avenue, Building 1, Room 101, San Francisco, CA 94110.

**A. Background**

In 2002, Mr. Brady was the victim of a robbery in which he was severely beaten by a baseball bat. He suffered a serious traumatic brain injury that required a decompressive

craniectomy in which part of his skull was removed. In all, Mr. Brady has had nine surgeries.

**B.      Need for Appointment**

Mr. Brady is currently experiencing worrisome symptoms that indicate that there may be problems with his brain. He is having pain at the site of the craniectomy, which could indicate an infection. Also, this past weekend, Mr. Brady had a seizure.

Due to the complexity and severity of Mr. Brady's injuries, the skill and experience of Dr. Manley, and the fact that Dr. Manley has treated Mr. Brady since his injury and is very familiar with Mr. Brady's medical history and his condition, the parties agree that Mr. Brady must be seen by Dr. Manley.[1] *See* Declaration of Galia Phillips in support of Stipulation Requiring Marshals to take Defendant to Doctor's Appointment, Exh. A (letter from Dr. Manley).

Dr. Manley requests that Mr. Brady be given a CT scan of his head prior to the visit next week. If the Court approves this stipulation, counsel for Mr. Brady will inform the Marshals and the jail of the need for a CT scan so that one may be arranged if possible.

It is so stipulated.

---

[1] In addition to being the Chief of Neurosurgery at San Francisco General, Dr. Manley is Professor and Vice Chairman of Neurological Surgery at the University of California, San Francisco and the Co-Director of the Brain and Spinal Injury Center (BASIC). He has a medical degree and a doctoral degree from Cornell.

Dated: February 22, 2012

By: /s/
GALIA A. PHILLIPS
Attorney for Defendant
RICHARD MICHAEL BRADY

Dated: February 22, 2012

By: /s/
JOHN GLANG
Assistant United States Attorney

## II. ORDER

GOOD CAUSE APPPEARING, the Marshals are ordered to transport Mr. Brady to an appointment with Dr. Geoff Manley, the Chief of Neurosurgery at San Francisco General Hospital, at 9:00 am on Tuesday, February 28, 2012 at 1001 Potrero Avenue, Building 1, Room 101, San Francisco, CA 94110.

If the Marshals and/or the Santa Clara County jail staff are able to arrange a CT scan of Mr. Brady's head before Tuesday, February 28, 2012, the Marshals are additionally ordered to transport Mr. Brady to the CT scan.

IT IS SO ORDERED.

Dated: 2/24/12

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE