UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 11-00090-DLJ |
| Plaintiff, | ) ) | [~~PROPOSED~~] ORDER FOR MODIFICATION OF BOND CONDITIONS |
| v. | ) ) | |
| KARINA GARCIA, | ) ) | |
| Defendant. | ) ) | |

**FILED**

JUL 2 7 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

GOOD CAUSE BEING SHOWN, the bond in the above-entitled matter is hereby modified to delete the requirement of electronic monitoring.

All other conditions of the bond remain in full force and effect.

Date: 7/27/12

_____
Honorable Howard R. Lloyd
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO MODIFY BOND CONDITIONS
No. CR 11-00090-DLJ

4