MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5084
Fax: (408) 535-5066
E-mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00090-DLJ |
| Plaintiff, | STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE |
| v. | |
| FELICIA GAYLE MORENO, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Thursday, November 8, 2012 at 10:00 a.m., be continued and rescheduled for Thursday, February 21, 2013 at 10:00 a.m.

It is so stipulated.

Dated: October 26, 2012

_____/s/_____
JOHN N. GLANG
Assistant United States Attorney
Northern District of California

**STIPULATION AND ORDER CONTINUING SENTENCING DATE**
**CR 11-00090-DLJ**

1 | It is so stipulated:

2 | Dated:   October 26, 2012                    _____/s/_____
                                                KENNETH H. WINE
3 |                                             Attorney for Felicia Gayle Moreno

4 |                                      ORDER

5 |     Based upon the stipulation of the parties and good cause appearing therefor, it is hereby

6 | ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be

7 | continued from Thursday, November 8, 2012 at 10:00 a.m. and rescheduled for Thursday,

8 | February 21, 2013 at 10:00 a.m.

11 | It is so ORDERED:

12 | Dated:   FF─D─FG                            _____
                                                D. LOWELL JENSEN
13 |                                            United States District Judge
                                                Northern District of California

STIPULATION AND ORDER CONTINUING SENTENCING DATE
CR 11-00090-DLJ                                 2