SUZANNE M. MORRIS (CASB 239324)
Morris & Giacinti LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: 415/513-5605
Facsimile: 415/683-3176

Attorneys for Defendant KARINA GARCIA

FILED
NOV 1 6 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00090-DLJ |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL** |
| KARINA GARCIA, ) | |
| Defendant. ) | |

SO that Karina Garcia may spend the Thanksgiving holiday with her family in Coachella, California,

IT IS HERBY ORDERED THAT:

Ms. Garcia may travel outside of the Northern District of California to Coachella in the Eastern District of California. She may travel from San Jose to Coachella by car on Tuesday, November 20, 2012. She is to return to San Jose, California on Monday, November 26, 2012. While in the Eastern District of California, Ms. Garcia will reside

with her mother at her mother's home. Ms. Garcia is to provide Pretrial Services Office with the address where she will be staying and with her specific itinerary prior to leaving the district.

IT IS SO STIPULATED.

Dated: November 16, 2012    /s/ Suzanne M. Morris
                            Suzanne M. Morris
                            Counsel for Karina Garcia


Dated: November 16, 2012    /s/ John Glang
                            John Glang
                            Assistant United States Attorney


IT IS SO ORDERED.

Dated: 11/16/12
                            _____
                            Honorable Howard R. Lloyd
                            United States Magistrate Judge