MICHELLE D. SPENCER, CBN 164696
LAW OFFICE OF MICHELLE D. SPENCER
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel: 831 458 0502
Fax: 831 515 5053

Attorney for Brigitte Denise Gafford

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIGITTE DENISE GAFFORD,<br>et al.,<br><br>Defendants. | CASE NO: CR11-00090-DLJ<br><br>STIPULATION AND [] ORDER CONTINUING STATUS CONFERENCE TO DECEMBER 20, 2012 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The parties, Brigitte Denise Gafford, and the government, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the status conference currently scheduled for December 6, 2012, be continued to December 20, 2012 at 9:00 a.m. for further status.

Defense counsel requires additional time to conduct further case review and investigation. Ms. Gafford is currently ill and unable to discuss her case. Defense counsel requires additional time to confer with Ms. Gafford when Ms. Gafford is well enough to

- 1 -

Stipulation and [] Order Continuing Hearing

meaningfully participate.  Additionally, in view of Ms. Gafford's condition, transporting her to Court from Elmwood would cause needless pain and discomfort.

    IT IS SO STIPULATED.

Dated:  November 30, 2012                MELINDA HAAG
                                                United States Attorney

                                                _____/S/_____
                                                JOHN N. GLANG
                                                Assistant United States Attorney

Dated:  November 30, 2012                _____/S/_____
                                                MICHELLE D. SPENCER
                                                Counsel for Brigitte Denise Gafford

                                        [] ORDER

    GOOD CAUSE APPEARING, upon the stipulation of the parties,

    IT IS HEREY ORDERED that the status conference currently scheduled for defendant Brigitte Denise Gafford on December 6, 2012, shall be continued to December 20, 2012, at 9:00 a.m. for further status.

    FURTHER, the Court finds that failing to exclude the time between December 6, 2012 and December 20, 2012 would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The ends of justice served by excluding the time between December 6, 2012, and December 20, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

Stipulation and [] Order Continuing Hearing

IT IS FURTHER ORDERED that the time between December 6, 2012, and December 20, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and (B)(iv), and 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:_____ _____
THE HONORABLE D. LOWELL JENSEN
Senior United States District Judge

Stipulation and [] Order Continuing Hearing

- 3 -