MICHELLE D. SPENCER, CBN 164696
LAW OFFICE OF MICHELLE D. SPENCER
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel: 831 458 0502
Fax: 831 515 5053

Attorney for Brigitte Denise Gafford

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIGITTE DENISE GAFFORD,<br>et al.,<br><br>Defendants. | CASE NO: CR11-00090-DLJ<br><br>STIPULATION AND [] ORDER CONTINUING STATUS CONFERENCE TO JANUARY 10, 2013 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The parties, Brigitte Denise Gafford, and the government, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the status conference currently scheduled for December 20, 2012, be continued to January 10, 2013 at 9:00 a.m. for further status.

Defense counsel requires additional time to conduct further case review and investigation. Ms. Gafford continues to be ill and unable to discuss her case. Defense counsel requires additional time to confer with Ms. Gafford when Ms. Gafford is well enough

- 1 -

Stipulation and [] Order Continuing Hearing

to meaningfully participate. Additionally, in view of Ms. Gafford's condition, transporting her to Court from Elmwood would cause needless pain and discomfort.

IT IS SO STIPULATED.

Dated: December 17, 2012         MELINDA HAAG
                                 United States Attorney

                                 _____/S/_____
                                 JOHN N. GLANG
                                 Assistant United States Attorney


Dated: December 17, 2012         _____/S/_____
                                 MICHELLE D. SPENCER
                                 Counsel for Brigitte Denise Gafford


[] ORDER

GOOD CAUSE APPEARING, and upon the stipulation of the parties,

IT IS HEREY ORDERED that the status conference currently scheduled for defendant Brigitte Denise Gafford on December 20, 2012, shall be continued to January 10 2013, at 9:00 a.m. for further status.

FURTHER, the Court finds that failing to exclude the time between December 20, 2012 and January 10, 2013 would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by excluding the time between December 20, 2012, and January 10, 2013, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

IT IS FURTHER ORDERED that the time between December 20, 2012, and January 10, 2013, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and (B)(iv), and 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:_____                    _____
                                          THE HONORABLE D. LOWELL JENSEN
                                          Senior United States District Judge

- 3 -
Stipulation and [] Order Continuing Hearing