1  MICHELLE D. SPENCER, CBN 164696
   LAW OFFICE OF MICHELLE D. SPENCER
2  55 River Street, Suite 100
3  Santa Cruz, CA 95060
   Tel: 831 458 0502
4  Fax: 831 515 5053

5  Attorney for Brigitte Denise Gafford

6

7

8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12

13  UNITED STATES OF AMERICA,          CASE NO:  CR11-00090-DLJ

14                 Plaintiff,

15  v.

16                                     STIPULATION AND [] ORDER
                                       CONTINUING STATUS CONFERENCE TO
17  BRIGITTE DENISE GAFFORD,           JANUARY 17, 2013 AND EXCLUDING
    et al.,                            TIME UNDER THE SPEEDY TRIAL ACT
18

19                 Defendants.

20

21

22        The parties, Brigitte Denise Gafford, and the government, by and through their

23  respective counsel, hereby stipulate, subject to the Court's approval, that the status conference

24  currently scheduled for January 10, 2013, be continued to January 17, 2013 at 9:00 a.m. for

    further status.
25
          Ms. Gafford continues to be ill and is receiving ongoing medical care.  The jail has
26
    scheduled another medical appointment for her on January 10 which she will otherwise miss
27
    because she also has a status conference scheduled that morning.  Given her ongoing medical
28
                                      - 1 -

Stipulation and [] Order Continuing Hearing

needs and pain, it is important that she be available to receive medical care on January 10, 2013. Additionally, due to Ms. Gafford's medical situation, defense counsel has been unable to meaningfully discuss client's case with her over the past six weeks. Accordingly, the parties agree and request, with the Court's approval, that the January 10, 2013 status conference be continued to January 17, 2013 at 9:00 a.m.


        IT IS SO STIPULATED.


Dated: January 7, 2013                MELINDA HAAG
                                      United States Attorney

                                      _____/S/_____
                                      JOHN N. GLANG
                                      Assistant United States Attorney



Dated: January 7, 2013                _____/S/_____
                                      MICHELLE D. SPENCER
                                      Counsel for Brigitte Denise Gafford



                              [] ORDER

        GOOD CAUSE APPEARING, and upon the stipulation of the parties,

        IT IS HEREY ORDERED that the status conference currently scheduled for defendant Brigitte Denise Gafford on January 10, 2013, shall be continued to January 17, 2013, at 9:00 a.m. for further status.

        FURTHER, the Court finds that failing to exclude the time between January 10, 2013 and January 17, 2013 would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by excluding the time between

January 10, 2013, and January 17, 2013, from computation under the Speedy Trial Act

outweigh the interests of the public and the defendant in a speedy trial.

     IT IS FURTHER ORDERED that the time between January 10, 2013, and January 17,

2013, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §

3161(h)(7)(A), and (B)(iv), and 18 U.S.C. § 3161(h)(1)(D).

     IT IS SO ORDERED.

Dated:_____

_____
THE HONORABLE D. LOWELL JENSEN
Senior United States District Judge

- 3 -