Scott H. Frewing, State Bar No. 191311
Sean C. Adams, State Bar No. 280372
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA 94304-1044
Telephone: +1 650 856 2400
Facsimile: +1 650 856 9299
scott.frewing@bakermckenzie.com
sean.adams@bakermckenzie.com

Attorneys for Defendant
ALAN CHARLES TINKER

Melinda Haag, CABN 132612
**United States Attorney**
Miranda Kane, CABN 150630
**Chief, Criminal Division**
John N. Glang, GUAMBN 94012
**Assistant United States Attorney**
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061
Facsimile: (408) 535-5066
John.Glang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR 11-00090-DLJ** |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| ALAN CHARLES TINKER, | |
| Defendant. | |

Pursuant to CRIM. L.R. 32-2, the parties stipulate, and respectfully move this Court to continue the Sentencing Hearing originally scheduled for February 14, 2013 in the above-captioned matter to March 14, 2013 at 10:00 a.m. A continuance will allow sufficient time for the Probation Officer to conduct an interview of Defendant Alan Charles Tinker prior to the issuance of the final

- 1 -

presentencing report. The parties have conferred and certify that all necessary participants are available on the proposed date.

DATE: January 22, 2013    MELINDA HAAG
United States Attorney

By: /s/ JOHN N. GLANG
John N. Glang
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATE: January 22, 2013    BAKER & McKENZIE LLP

By: /s/ SCOTT H. FREWING
Scott H. Frewing
Attorney for Defendant
ALAN CHARLES TINKER

Pursuant to General Order No. 45, Section X(B), Scott H. Frewing hereby attests that the signatory's concurrence in the filing of this document has been obtained.

**[] ORDER**

Pursuant to the stipulation of the parties, the Sentencing Hearing scheduled for February 14, 2013 is vacated and the Sentencing Hearing shall be held on March 14, 2013 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: _____

D. LOWELL JENSEN
SENIOR UNITED STATES DISTRICT JUDGE

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400