| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | JOHN N. GLANG (GUAMBN 94012)<br>Assistant United States Attorney |

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5084
   Fax: (408) 535-5066
   E-mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00090-DLJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ] |
| v. | ) | ORDER CONTINUING SENTENCING |
| | ) | <u>HEARING DATE</u> |
| MATTHEW AARON VAN NUYS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Thursday, January 31, 2013 at 10:00 a.m., be continued and rescheduled for Thursday, June 6, 2013 at 10:00 a.m.

It is so stipulated.

Dated: January 24, 2013                          _____/s/_____
                                                            JOHN N. GLANG
                                                            Assistant United States Attorney
                                                            Northern District of California

1 | It is so stipulated:

2 | Dated: January 24, 2013         _____/s/_____
                                             CHESTER J. PHILLIPS
                                             Attorney for Matthew Aaron Van Nuys

### ORDER

Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be continued from Thursday, January 31, 2013 at 10:00 a.m. and rescheduled for Thursday, June 6, 2013 at 10:00 a.m.

It is so ORDERED:

Dated: ____FEBJBFH____                  _____
                                             D. LOWELL JENSEN
                                             United States District Judge
                                             Northern District of California