Jeane DeKelver
State Bar #111394
4750 Almaden Expressway #208
San Jose, CA 95118
408.307.5800
JeaneJD@comcast.net

Attorney for CHARLES FISHER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-90 DLJ |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE |
| CHARLES FISHER, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Thursday, March 14, 2013 at 10:00 a.m., be continued and rescheduled for Thursday, May 9, 2013 at 10:00 a.m.

//

//

CR-11-90DLJ STIPULATION AND ORDER CONTINUING SENTENCING DATE     1

It is so stipulated.

Dated: March 4, 2013                    /s/
                                        JEANE DEKELVER
                                        Attorney for Charles Fisher

It is so stipulated                     /s/
                                        JOHN N. GLANG
                                        Assistant United States Attorney
                                        Northern District of California

## ORDER

Based upon the stipulation of the parties and good cause appearing therefor, it hereby ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be continued from Thursday, March 14, 2013 at 10:00 a.m. and rescheduled for Thursday, May 9, 2013 at 10:00 a.m.

It is so ORDERED.

Dated:                                  _____
                                        D. LOWELL JENSEN
                                        United States Senior District Judge