SUZANNE M. MORRIS (CASB 239324)
Morris & Giacinti LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: 415/513-5605
Facsimile: 415/683-3176

Attorneys for Defendant KARINA GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR 11-00090-DLJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| v. | ) | **[PROPOSED] ORDER** |
| | ) | **ALLOWING TRAVEL** |
| KARINA GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

SO that Karina Garcia may attend a funeral and spend time with family in Southern California,

IT IS HERBY ORDERED THAT:

Ms. Garcia may travel outside of the Northern District to Coachella in the Central District of California. She may travel from San Jose, California to Coachella, California by car on Sunday, April 28, 2013. She is to return to San Jose, California on Friday, May 3,

2013. While in the Central District, Ms. Garcia will stay at her mother's home. Ms. Garcia is to provide Pretrial Services Office with the address where she will be and with her specific itinerary prior to leaving the district.

    IT IS SO STIPULATED.

Dated: April 25, 2013       /s/ Suzanne M. Morris  .
                                    Suzanne M. Morris
                                    Counsel for Karina Garcia

Dated: April 25, 2013       /s/ John Glang  .
                                    John Glang
                                    Assistant United States Attorney

    IT IS SO ORDERED.

Dated: April 29, 2013       *[signature: Paul S. Grewal]*
                                    Honorable Paul S. Grewal for Howard R. Lloyd
                                  United States Magistrate Judge