MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5084
   Fax: (408) 535-5066
   E-mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00090-DLJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE |
| MATTHEW AARON VAN NUYS, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Thursday, June 6, 2013 at 10:00 a.m., be continued and rescheduled for Thursday, November 14, 2013 at 10:00 a.m.

It is so stipulated.

Dated: May 31, 2013                                      _____/s/_____
                                                                                  JOHN N. GLANG
                                                                                   Assistant United States Attorney
                                                                                   Northern District of California

**STIPULATION AND ORDER CONTINUING SENTENCING DATE**
**CR 11-00090-DLJ**

1 | It is so stipulated:

2 | Dated: May 31, 2013

                                         /s/
CHESTER J. PHILLIPS
Attorney for Matthew Aaron Van Nuys

## ORDER

Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be continued from Thursday, June 6, 2013 at 10:00 a.m. and rescheduled for Thursday, November 14, 2013 at 10:00 a.m.

It is so ORDERED:

Dated: _____

_____
D. LOWELL JENSEN
United States District Judge
Northern District of California

**STIPULATION AND ORDER CONTINUING SENTENCING DATE**
**CR 11-00090-DLJ**

2