MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5084
   Fax: (408) 535-5066
   E-mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 11-00090-DLJ |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [] |
| | ) ORDER CONTINUING SENTENCING |
| FELICIA GAYLE MORENO, | ) HEARING DATE |
| Defendant. | ) |

   IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Thursday, June 13, 2013 at 10:00 a.m., be continued and rescheduled for Thursday, September 12, 2013 at 10:00 a.m.

It is so stipulated.

Dated: June 3, 2013                        _____/s/_____
                                                           JOHN N. GLANG
                                                           Assistant United States Attorney
                                                           Northern District of California

**STIPULATION AND ORDER CONTINUING SENTENCING DATE
CR 11-00090-DLJ**

1  It is so stipulated:

2  Dated: June 3, 2013                    _____/s/_____
                                          KENNETH H. WINE
3                                         Attorney for Felicia Gayle Moreno

4
                              ORDER
5
   Based upon the stipulation of the parties and good cause appearing therefor, it is hereby
6
ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be
7
continued from Thursday, June 13, 2013 at 10:00 a.m. and rescheduled for Thursday, September
8
12, 2013 at 10:00 a.m.
9

10

11 It is so ORDERED:

12 Dated: _____                _____
                                          D. LOWELL JENSEN
13                                        United States District Judge
                                          Northern District of California

**STIPULATION AND ORDER CONTINUING SENTENCING DATE**
**CR 11-00090-DLJ**                            2