MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5084
Fax: (408) 535-5066
E-mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00090-DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [] |
| v. | ) | ORDER CONTINUING SENTENCING |
| | ) | <u>HEARING DATE</u> |
| MIGUEL FABIAN MELCHOR, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Thursday, July 11, 2013 at 10:00 a.m., be continued and rescheduled for Thursday, August 29, 2013 at 10:00 a.m.

It is so stipulated.

Dated: June 19, 2013 _____/s/_____
JOHN N. GLANG
Assistant United States Attorney
Northern District of California

**STIPULATION AND ORDER CONTINUING SENTENCING DATE
CR 11-00090-DLJ**

1  It is so stipulated:

2  Dated: June 19, 2013                    _____/s/_____
                                            CARLEEN R. ARLIDGE
3                                           Attorney for Miguel Fabian Melchor

4                              ORDER

5     Based upon the stipulation of the parties and good cause appearing therefor, it is hereby
6  ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be
7  continued from Thursday, July 11, 2013 at 10:00 a.m. and rescheduled for Thursday, August 29,
8  2013 at 10:00 a.m.

9

10

11  It is so ORDERED:

12  Dated: _____                 _____
                                            D. LOWELL JENSEN
13                                          United States District Judge
                                            Northern District of California